# EXHIBIT 8

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3020
EMAIL: DKRAMER@PAULWEISS.COM

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO

TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

June 25, 2025

Hudson Valley Proud Boys
William J. Pepe
1428 Lincoln Blvd
Bay Shore, NY 11706

Re:     Proud Boys Trademark

Dear Mr. Pepe:

We write to you in your capacity as President of the Hudson Valley Chapter of the Proud Boys ("Hudson Valley Chapter" or "Chapter").

We represent Metropolitan African Methodist Episcopal Church (the "Church"), the owner and lienholder of the rights to the PROUD BOYS trademark, formerly registered with the U.S. Patent and Trademark Office at Serial No. 87561573 (the "Proud Boys Trademark" or the "Trademark").  *See Metropolitan African Methodist Episcopal Church* v. *Proud Boys International, LLC, et al.*, D.C. Super. Ct., Case No. 2024-CAB-004147.  There is a court-ordered, permanent injunction against the sale, transfer, disposition, or license of the Trademark without the consent of the Church.

The Hudson Valley Chapter has used the PROUD BOYS name for many years now.  Its use of the name PROUD BOYS has been unauthorized since at least the revocation letter dated February 1, 2021 from Jason Lee Van Dyke to Enrique Tarrio, Jr, and in all events is now unauthorized because the Church holds all rights to the Trademark.

We hereby demand that the Hudson Valley Chapter immediately cease and desist from using the PROUD BOYS name in connection with the Chapter's communications, sale of merchandise, membership dues, and/or any other activities.  This includes immediately ceasing any use of the PROUD BOYS name in internal or external communications, including, but not limited to, text messages, chat groups, social media postings, online webpages, website URLs, press statements, podcasts, or advertisements, or on apparel, hats, gear, stickers, banners, signs, or other products.

By this letter, we also request that you provide information concerning the Hudson Valley Chapter's use of the PROUD BOYS name since February 1, 2021.  Please specifically include

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

all sales and revenue data for the Hudson Valley Chapter's use of the PROUD BOYS name from February 2021 to the present, including, but not limited to, data regarding the sale of PROUD BOYS merchandise and other products. Please also provide records of membership dues paid by any member of the Hudson Valley Chapter since February 1, 2021. If the Hudson Valley Chapter uses any online platforms to sell merchandise such as apparel, gear, stickers, banners, signs, or other products with the PROUD BOYS name, please provide the name of the platform, any applicable contracts with the platform, and all data concerning sales through the platform.

Please confirm by no later than July 9, 2025, that you have complied—and will continue to comply—with this demand.

This letter is not intended to be a complete statement of the Church's rights, and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

We look forward to your prompt compliance with the foregoing.

                                Sincerely,

                                */s/ Daniel J. Kramer*
                                  Daniel J. Kramer