AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Metropolitan African Methodist Episcopal Church <br><br> *Plaintiff(s)* <br> v. <br> HUDSON VALLEY PROUD BOYS CHAPTER; <br> WILLIAM PEPE; JOHN DOES 1-100 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 25-6396 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Pepe
1428 Lincoln Blvd
Bay Shore, NY 11706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel J. Kramer
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Sixth Avenue
New York, NY 10019
212-373-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 6, 2025              /S/  S.  James
                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

 ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

 ❐ I returned the summons unexecuted because _____ ; or

 ❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

                       _____
                           *Server's signature*

                        _____
                          *Printed name and title*

                        _____
                           *Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE SOUTHERN DISTRICT OF NEW YORK**<br>Attorney: Paul, Weiss, Rifkind, Wharton & Garrison<br>Address: 1285 Avenue Of The Americas New York, NY 10019 | **Job #:** 1502612 |

| METROPOLITAN AFRICAN METHODIST EPISCOPAL CHURCH, | | |
|---|---|---|
| vs<br>HUDSON VALLEY PROUD BOYS CHAPTER, et al., | Owner/Lienholder | **Index Number:** 1:25-cv-06396-KPF<br>**Client's File No.:**<br>**Court Date:** |
| | Defendant | **Date Filed:** 08/04/2025 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:     **AFFIDAVIT OF SERVICE**

**Michael R. Delcore**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **8/14/2025**, at **4:51 PM** at: **1428 LINCOLN BLVD., BAY SHORE, NY 11706** Deponent served the within **Summons in a Civil Action, Complaint** with Jury Trial Demanded with Exhibits, Civil Cover Sheet, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Rule 7.1 Disclosure Statement and Notices of Appearances

On: **WILLIAM PEPE**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 PERCEIVED DESCRIPTION**
**Gender:** Male   **Race:** White   **Color of hair:** Black   **Glasses:** No
**Age:** 51 - 65 Yrs.   **Height:** 5ft 4inch - 5ft 8inch   **Weight:** 161-200 Lbs.   **Other Features:**

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether subject was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Sworn to before me on 08/15/2025

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026

Michael R. Delcore
License#



*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*