UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
METROPOLITAN AFRICAN METHODIST
EPOSCOPAL CHURCH,

                                Plaintiff,                      Civil Action No. 25-6396

        -against-                            **ANSWER**

HUDSON VALLEY PROUD BOYS CHAPTER;
WILLIAM PEPE; JOHN DOES 1-100,

                                Defendants.
------------------------------------------------------------------------X

       Defendant, WILLIAM PEPE, by his attorney, AUSTIN MCGEE MANGHAN, ESQ., as and for his Answer to the Plaintiff's Verified Complaint, alleges as follows:

       1.     Denies each and every allegation set forth in paragraphs designated "2" through "11," and "23" through "114" of Plaintiff's Complaint.

       2.     Denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraphs designated "1," "12" through "14" of Plaintiff's Complaint.

       3.     Admits only that he formerly resided in Dutchess County, New York, as alleged in Paragraph designated "15" of Plaintiff's Complaint; denies the remaining allegations of that Paragraph.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

       4.     The Complaint fails to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

       5.     Plaintiff lacks standing to assert claims based on alleged ownership of the "Proud Boys" trademark.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

6. Any alleged use of the term "Proud Boys" by Defendant does not constitute trademark use in commerce, but rather expressive or political activity protected by the First Amendment.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

7. Any references to the phrase "Proud Boys" were fair use and/or nominative use, and not infringing.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

8. Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations, laches, waiver, and/or estoppel.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

9. Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to mitigate its alleged damages.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

10. Plaintiff's claims are barred by the doctrine of unclean hands.

11. Defendant reserves the right to assert additional defenses as discovery and proceedings progress.

WHEREFORE, Defendant, WILLIAM PEPE, respectfully requests that this Court dismiss the Complaint with prejudice, enter judgment in favor of Defendant on all claims, award Defendant his costs and attorneys' fees and grant such other and further relief as the Court deems just, equitable and proper.

Dated: September 18, 2025
       Huntington, New York

                                            Yours Etc.,

                                            */s/ Austin McGee Manghan III*
                                            Austin McGee Manghan, III, Esq.
                                            *Attorney for Defendant, William Pepe*
                                            P.O. Box 501
                                            Riverhead, NY 11901
                                            (631) 949-4033
                                            Email: austin@manghanlaw.com

TO:    Daniel J. Kramer, Esq.
           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
           *Attorney for Plaintiff*
           1285 Sixth Avenue
           New York, NY 10019
           (212) 373-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action No. 25-6396
_____

METROPOLITAN AFRICAN METHODIST
EPOSCOPAL CHURCH,

       Plaintiff,

  -against

HUDSON VALLEY PROUD BOYS CHAPTER;
WILLIAM PEPE; JOHN DOES 1-100,

       Defendants.
_____

## ANSWER
_____

Austin McGee Manghan, III, Esq.
P.O. Box 501
Riverhead, NY 11901
(631) 949-4033
*Attorney for Defendant, William Pepe*

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contention contained in the annexed document are not frivolous.*

Dated: September 18, 2025       Signature: */s/ Austin McGee Manghan, III, Esq.*
                                          Printer's Signer's Name: Austin McGee Manghan, III, Esq.