UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN AFRICAN METHODIST EPISCOPAL CHURCH,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>HUDSON VALLEY PROUD BOYS CHAPTER; WILLIAM PEPE; JOHN DOES 1-100,<br><br>　　　　　　Defendants. | 25-cv-6396 |

**STIPULATION AND ORDER TO EXTEND DEADLINES**

　　　　WHEREAS, on August 4, 2025, Plaintiff Metropolitan African Methodist Episcopal Church ("Plaintiff") filed the Complaint;

　　　　WHEREAS, on September 18, 2025, Defendant William Pepe served his Answer to the Complaint;

　　　　WHEREAS, Plaintiff has asserted that Pepe's Answer was untimely, and also deficient under the Federal Rules of Civil Procedure, and that Pepe's affirmative defenses should be struck;

　　　　WHEREAS, Pepe has informed Plaintiff that he intends to amend his Answer;

　　　　NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned counsel, that:

　　　　1.　　Defendant shall file an Amended Answer, if any, by no later than October 17, 2025;

　　　　2.　　Plaintiff shall have until November 7, 2025, to file a motion to strike or other motion under Fed. R. Civ. P. 12(f);

      3.     Defendant shall have until November 24, 2025, to file an opposition to any such motion;

      4.     Plaintiff shall have until December 5, 2025, to file a reply.

Dated: October 8, 2025

Respectfully submitted,

| | |
|---|---|
| **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | By: /s/ Geoffrey R. Chepiga |
| Len Kamdang<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Tel: 202-662-8329<br>Fax: 202-783-0857<br>Email: lkamdang@lawyerscommittee.org | Geoffrey R. Chepiga<br>Daniel J. Kramer<br>Daniel S. Reich<br>1285 Avenue of the Americas<br>New York, N.Y. 10019-6064<br>Tel: 212-373-3000<br>Fax: 212-757-3990<br>Email: dkramer@paulweiss.com<br>       gchepiga@paulweiss.com<br>       dreich@paulweiss.com |
| *Co-Counsel for Plaintiff Metropolitan African Methodist Episcopal Church* | |
| **WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS & URBAN AFFAIRS** | Paul D. Brachman<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel: (202) 223-7300<br>Fax: (202) 223-7420<br>Email: pbrachman@paulweiss.com |
| Kaitlin Banner<br>700 14th Street NW, Suite 400<br>Washington, D.C. 20005<br>Tel: 202-319-1000<br>Fax: 202-319-1010<br>Email: kaitlin_banner@washlaw.org | *Co-Counsel for Plaintiff Metropolitan African Methodist Episcopal Church* |
| *Co-Counsel for Plaintiff Metropolitan African Methodist Episcopal Church* | |

2

STIPULATED AND AGREED TO BY:

Dated: October 8, 2025

**TUOHY LAW GROUP, PLLC**

By: _____

Austin McGee Manhan, III
P.O. Box 501
Riverhead, N.Y. 11901
Tel: 631-949-4033
Email: austin@manhganlaw.com

*Counsel for Defendant William Pepe*

SO ORDERED this _____ day of _____, 2025.

_____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE