UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN AFRICAN METHODIST EPISCOPAL CHURCH,<br><br>      Plaintiff,<br><br>    -v.-<br><br>HUDSON VALLEY PROUD BOYS CHAPTER, WILLIAM PEPE, and JOHN DOES 1-100,<br><br>      Defendants. | 25 Civ. 6396 (KPF)<br><br>**ORDER TO SHOW CAUSE** |

KATHERINE POLK FAILLA, District Judge:

 Upon the Declarations of Geoffrey Chepiga and Len H. Kamdang, counsel for Plaintiff, both dated January 17, 2026, the exhibits annexed thereto, and the Memorandum of Law in Support of the Motion for Default Judgment, it is hereby:

 ORDERED, that Defendants Hudson Valley Proud Boys Chapter and William Pepe, show cause at hearing on **April 8, 2026**, at **12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, as to why a Default Judgment ought not be entered against them, pursuant to Federal Rule of Civil Procedure 55(b)(2), in favor of Plaintiff, based upon Defendants' failure to answer or otherwise appear in this action.

 IT IS FURTHER ORDERED that Plaintiff is to serve a copy of this Order and supporting documents upon Defendant via any previously used means of service by **January 28, 2026**, and to provide proof of service on the docket by **February 4, 2026**.  Any opposition to entry of a default judgment is due on or before **March 18, 2026**.  Any reply papers shall be due by **March 25, 2026**.

SO ORDERED.

Dated:   January 21, 2026
         New York, New York

                                              KATHERINE POLK FAILLA
                                             United States District Judge