**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| METROPOLITAN AFRICAN METHODIST EPISCOPAL CHURCH,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON VALLEY PROUD BOYS CHAPTER; WILLIAM PEPE; and JOHN DOES 1-100,<br><br>Defendants. | Case No. 25 Civ. 6396 (KPF)<br><br><br>**AFFIDAVIT OF SERVICE BY**<br>**FIRST CLASS MAIL** |

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK  )

AUSTIN K. WILKINSON, being duly sworn, deposes and says:

1.  I am not a party to this action and I am over 18 years of age.

2.  On January 22, 2026, I served a true copy of the ORDER TO SHOW CAUSE, MEMORANDUM OF LAW, DECLARATION OF GEOFFREY CHEPIGA WITH EXHIBITS A-AA, DECLARATION OF LEN H. KAMDANG WITH EXHIBIT A, STATEMENT OF DAMAGES, AND PROPOSED DEFAULT JUDGMENT PURSUANT TO FRCP 55(b)(2) on the following:

Hudson Valley Proud Boys Chapter
c/o William Pepe
1428 Lincoln Blvd
Bay Shore, NY 11706


William Pepe
1428 Lincoln Blvd
Bay Shore, NY 11706

3.  I made such service by personally placing a true copy of the aforementioned documents in properly addressed prepaid wrappers and delivering them into an official depository under the exclusive custody and care of the United States Postal Service, within the State of New York.

_____
AUSTIN K. WILKINSON

Sworn to before me this
22nd day of January, 2026.

Notary Public

CHRISTINA M. BLANCO
Notary Public, State of New York
No. 01BL6276935
Qualified in New York County
Commission Expires February 25, 2029

2