## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN AFRICAN METHODIST EPISCOPAL CHURCH,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON VALLEY PROUD BOYS CHAPTER; WILLIAM PEPE; and JOHN DOES 1-100,<br><br>Defendants. | Case No. 25 Civ. 6396 (KPF)<br><br>**AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL** |

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK   )

ASHLEIGH STEPANYAN, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. On March 25, 2026, I served a true copy of the REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT on the following:

Hudson Valley Proud Boys Chapter
c/o William Pepe
1428 Lincoln Blvd
Bay Shore, NY 11706


William Pepe
1428 Lincoln Blvd
Bay Shore, NY 11706

3. I made such service by personally placing a true copy of the aforementioned documents in properly addressed prepaid wrappers and delivering them into an official

depository under the exclusive custody and care of the United States Postal Service, within the State of New York.

_Ashleigh M. Stepanyan_
ASHLEIGH M. STEPANYAN

Sworn to before me this

25 day of March, 2026.

SOPHIE BULOVA
Notary Public, State of New York
No.01BU0043031
Qualified in Westchester County
Certificate filed in New York County
Commission Expires October 22, 2029

_Sophia Bulova_
Notary Public