**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

METROPOLITAN AFRICAN METHODIST
EPISCOPAL CHURCH,

               Plaintiff,

       v.

HUDSON VALLEY PROUD BOYS CHAPTER;
WILLIAM PEPE; and JOHN DOES 1-100,

               Defendants.

---

Case No. 25 Civ. 6396 (KPF)

**DEFAULT JUDGMENT**

KATHERINE POLK FAILLA, District Judge:

WHEREAS this action was commenced on August 4, 2025, by the filing of the Summonses and Complaint;

WHEREAS a copy of the Summonses and Complaint was served on Defendants Hudson Valley Proud Boys Chapter and William Pepe on August 14, 2025, by personal service on Defendant William Pepe in his personal capacity and in his capacity as President of Defendant Hudson Valley Proud Boys Chapter at 1428 Lincoln Boulevard, Bay Shore, NY 11706;

WHEREAS proof of service of Defendants Hudson Valley Proud Boys Chapter and William Pepe was filed with this Court on August 18, 2025;

WHEREAS Defendant Hudson Valley Proud Boys Chapter has not answered the Complaint and the time for answering the Complaint has expired;

WHEREAS Defendant William Pepe's Answer was stricken by this Court on December 1, 2025, and Defendant William Pepe did not file an Amended Answer in the time set by this Court, which was December 16, 2025.

IT IS ACCORDINGLY HEREBY

ADJUDGED that Plaintiff Metropolitan African Methodist Episcopal Church is entitled to a permanent injunction enjoining Defendants Hudson Valley Proud Boys Chapter and William Pepe from any further infringement of Plaintiff's trademark;

ADJUDGED that Plaintiff Metropolitan African Methodist Episcopal Church is entitled to judgment against Defendants Hudson Valley Proud Boys Chapter and William Pepe in the amount of $75,000.00 for Defendants' infringement of Plaintiff's trademark;

ADJUDGED that Plaintiff Metropolitan African Methodist Episcopal Church is entitled to post-judgment interest at the statutory rate; and it is further

ADJUDGED that Plaintiff Metropolitan African Methodist Episcopal Church is entitled to reasonable attorneys' fees and costs in the amount of $183,603.50 in attorneys' fees incurred by Paul, Weiss, Rifkind, Wharton & Garrison LLP and $15,849.50 incurred by the Lawyers' Committee for Civil Rights Under Law ("Lawyers' Committee"), for a total of $199,453 in attorneys' fees.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    April 8, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge